**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Patrice Behanzin WILSON, a/k/a K–Mel, Defendant—Appellant.**

No. 04–6552.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 1, 2004.

Decided Oct. 19, 2004.

Patrice Behanzin Wilson, Appellant pro se.

John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Patrice Behanzin Wilson appeals the district court's margin order denying his motion for reconsideration of the district court's order denying his motion for an extension of time to file a notice of appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the court. *See United States v. Wilson*, No. CR–96–34 (E.D.N.C. Jan 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*